UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
ELMO SHROPSHIRE, INDIVIDUALLY AND         :   Civil Action No. 1:06-cv-03252-GBD
AS A MEMBER OF "ELMO & PATSY"; ON         :
BEHALF OF HIMSELF AND ALL OTHERS          :   NOTICE OF MOTION
SIMILARLY SITUATED,                       :
                                          :
                        Plaintiff,        :
                                          :
vs.                                       :
                                          :
SONY BMG MUSIC ENTERTAINMENT,             :
A Delaware General Partnership,           :
                                          :
                        Defendant.        :
----------------------------------------x

**PLEASE TAKE NOTICE THAT** upon the accompanying Declaration of Brian D. Caplan, dated September 20, 2010, the Statement of Material Facts Pursuant to Local Civil Rule 56.1, the Memorandum of Law, and the pleadings and all prior proceedings had herein, the undersigned will move this Court before the Honorable George B. Daniels, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at such time as the Court directs, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting plaintiff partial summary judgment as against defendant Sony BMG Music Entertainment, and for such other relief as the Court deems just and proper.

DATED: September 20, 2010              Respectfully submitted,

                                                                                  CAPLAN & ROSS, LLP

                                                                                   By: _____
                                                                                        Brian D. Caplan

Jonathan J. Ross
bcaplan@caplanross.com
jross@caplanross.com
270 Madison Avenue, 13th Floor
New York, New York 10016
Telephone: 212-973-2376
Facsimile: 212-661-4290

MILBERG LLP
Sanford P. Dumain
Benjamin Y. Kaufman
Gary S. Snitow
sdumain@milberg.com
bkaufman@milberg.com
gsnitow@milberg.com
One Pennsylvania Plaza
New York, New York 10119-0165
Telephone: 212.594.5300
Facsimile: 212.868.1229

PROBSTEIN & WEINER
Gerald B. Weiner
gbweiner@pwmusiclaw.com
9696 Culver Blvd., Suite 205
Culver City, CA 90232
Telephone: 310-836-1400
Facsimile: 310-836-1420

Attorneys for Plaintiffs

I, Gary Snitow, hereby certify that on September 20, 2010, I caused a true and correct copy of the Notice of Motion to be served by UPS Overnight Delivery upon the following:

>Jonathan M. Sperling
>Covington & Burling LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018-1405
>(212)-841-1116
>
>Counsel for Defendant

Gary Snitow