UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GREGG ALLMAN, JAIMOE f/k/a JOHNNY LEE
JOHNSON, AND BUTCH TRUCKS INDIVIDUALLY,
AS MEMBERS OF "THE ALLMAN BROTHERS
BAND" AND AS PARTNERS IN "THE ALLMAN
BROTHERS BAND RECORDING COMPANY" AND
THE ALLMAN BROTHERS BAND RECORDING
COMPANY; ELMO SHROPSHIRE, INDIVIDUALLY
AND AS A MEMBER OF "ELMO & PATSY"; ON
BEHALF OF THEMSELVES AND ALL OTHERS
SIMILARLY SITUATED,

                     Plaintiffs,

   -against-

SONY BMG MUSIC ENTERTAINMENT,
A Delaware General Partnership,

                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

06 Civ. 3252 (GBD) (KNF)

**ECF CASE**

        PLEASE TAKE NOTICE that Defendant Sony BMG Music Entertainment ("SME"), upon the accompanying Memorandum of Law, SME's Statement Pursuant to Local Rule 56.1, the Declaration of Stuart Bondell and the exhibits thereto, the Declaration of Andrea Finkelstein, the Declaration of Andrew Gerber and the exhibit thereto, the Declaration of Chris Gobalakrishna and the exhibit thereto, the Declaration of Mark Goldstein and the exhibit thereto, the Declaration of Larry Kanusher and the exhibits thereto, the Declaration of Linda Novak and the exhibits thereto, the Declaration of Kevin Saul, the Declaration of Caroline Symannek and the exhibits thereto, the Declaration of Tom Tyrrell and the exhibits thereto, the Declaration of Ethan Jacobs and the exhibits thereto, and all prior papers and proceedings herein, by its undersigned counsel, shall move this Court, before the Honorable George B. Daniels, Courtroom

1

21D at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 56(a) granting summary judgment in favor of SME and dismissing Plaintiff Elmo Shropshire's claims.

PLEASE TAKE FURTHER NOTICE that, pursuant to the January 11, 2011 Order, opposing affidavits and answering memorandum, if any, must be served on the undersigned counsel by February 22, 2011.

Dated: New York, New York
       January 14, 2011

> COVINGTON & BURLING LLP
>
> By:     /s/ Jonathan M. Sperling
>         Jonathan M. Sperling
>
> The New York Times Building
> 620 8th Avenue
> New York, NY  10018
> (212) 841-1000
> jsperling@cov.com
>
> *Attorneys for Defendant*
> *Sony BMG Music Entertainment*

TO: Brian D. Caplan
    Caplan & Ross, LLP
    270 Madison Avenue, 13th Floor
    New York, NY 10016

   *Attorneys for Plaintiff*
   *Elmo Shropshire*