UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREGG ALLMAN, JAIMOE f/k/a JOHNNY LEE
JOHNSON, AND BUTCH TRUCKS INDIVIDUALLY, AS
MEMBERS OF "THE ALLMAN BROTHERS BAND"
AND AS PARTNERS IN "THE ALLMAN BROTHERS
BAND RECORDING COMPANY" AND THE ALLMAN
BROTHERS BAND RECORDING COMPANY; ELMO
SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF
"ELMO & PATSY"; ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED,

                Plaintiffs,

-v-

SONY BMG MUSIC ENTERTAINMENT, INC.,

                Defendant.



06 cv 03252 (GBD)

GEORGE B. DANIELS, District Judge:

The parties informed the Court that they reached a settlement agreement in principle on March 11, 2011. As of June 28, 2011, the parties are still in the process of finalizing a term sheet. All deadlines on the pending summary judgment motions, which have not been fully briefed, have been suspended. The Clerk of the Court is directed to close motions # 72 and # 80 as mooted by the settlement agreement.

Dated: New York, New York
      July 1, 2011

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

1