**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALLMAN,

                          Plaintiff,

           -against-

SONY BMG MUSIC ENTERTAINMENT,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE YOUNGBLOODS,

                          Plaintiff,

           -against-

BMG MUSIC,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**
06 CV 3252 (GBD)(KNF)

07 CV 2394 (GBD)(KNF)

GEORGE B. DANIELS, United States District Judge:

     The Court having been advised that the parties have reached a settlement in this matter, it

is hereby ORDERED that the above-captioned actions are dismissed without prejudice to

restoring the actions to this Court's calendar if an application to restore is made within ninety

(90) days.  The Clerk of the Court is directed to close this case.

Dated: New York, New York
       December 13, 2011

                                  SO ORDERED:

                                  GEORGE B. DANIELS
                                  United States District Judge