UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
:
ALLMAN,                              :
:
           Plaintiff,                :        ORDER
:        06 CV 3252 (GBD)(KNF)
     -against-                       :
:
:
SONY BMG MUSIC ENTERTAINMENT,        :
:
           Defendant.                :
:
------------------------------------x
:
:
THE YOUNGBLOODS,                     :
:
           Plaintiff,                :
:
     -against-                       :        07 CV 2394 (GBD)(KNF)
:
:
BMG MUSIC,                           :
:
           Defendant.                :
:
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The parties' request to restore the above-captioned actions is GRANTED. A conference is scheduled for February 15, 2012 at 9:30AM.

Dated: New York, New York
       January 6, 2012

                                              JAN 09 2012

                                    SO ORDERED:

                                    *George B. Daniel* (signature)
                                    GEORGE B. DANIELS
                                    United States District Judge