

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————x
:
GREGG ALLMAN, JAIMOE, f/k/a JOHNNY        :    06 Civ. 3252 (GBD) (KNF)
LEE JOHNSON, and BUTCH TRUCKS,            :
INDIVIDUALLY, AS MEMBERS OF "THE          :    **ECF CASE**
ALLMAN BROTHERS BAND" AND AS              :
PARTNERS IN THE ALLMAN BROTHERS           :
BAND RECORDING COMPANY, AND THE           :
ALLMAN BROTHERS BAND RECORDING            :
COMPANY; ELMO SHROPSHIRE,                 :
INDIVIDUALLY, AND AS A MEMBER OF          :
"ELMO & PATSY," ON BEHALF OF              :
THEMSELVES AND ALL OTHERS                 :
SIMILARLY SITUATED,                       :
                                          :
                           Plaintiffs,    :
                                          :
            -against-                     :
                                          :
SONY BMG MUSIC ENTERTAINMENT,             :
A Delaware General Partnership,           :
                                          :
                           Defendant.     :
——————————————————————x

## STIPULATION AND ORDER
## AMENDING CAPTION

**UPON** Consideration of the Stipulation of the Parties that is appended to this Order

jointly requesting that the Caption of this Action be amended; and,

**WHEREAS,** by Stipulation and Order entered on September 15, 2010, Plaintiffs the

Allman Brothers Band Recording Company, Gregg Allman, Jaimoe, f/k/a Johnny Lee Johnson,

and Butch Trucks, individually and as members of "The Allman Brothers Band" and as Partners

in The Allman Brothers Band Recording Company (collectively, the "Allman Parties"),

voluntarily dismissed their claims against Defendant with prejudice; and,

NY: 738830-1                          - 1 -

WHEREAS, following the dismissal of the Allman Parties, Elmo Shropshire, individually, and as a member of "Elmo & Patsy," is the remaining named Plaintiff in the operative Third Amended Complaint filed in this action on April 16, 2010;

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Caption in this Action is hereby amended to read as follows:

| | |
|---|---|
| ELMO SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF "ELMO & PATSY"; On Behalf Of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>-against-<br><br>SONY MUSIC ENTERTAINMENT, a Delaware General Partnership,<br><br>Defendant. | 06 Civ. 3252 (GBD) (KNF)<br><br>ECF CASE |

2.  All further papers filed in this action shall bear the Caption as set forth in Paragraph 1 above.

3.  The Clerk of Court is hereby directed to take whatever steps are necessary to update the records of this Action to reflect the Caption as set forth in Paragraph 1 above.

SO ORDERED:

*George B. Daniels*  MAR 05 2012

HON. GEORGE B. DANIELS, U.S.D.J.

## Stipulation of the Parties

The undersigned attorneys of record for the parties stipulate and agree to each provision of the ORDER set forth above, and jointly request that the Court sign and have the Clerk enter

- 2 -

the Order.  The undersigned have agreed to this Stipulation and Order, in light of the prior

dismissal of the Allman Parties, so that all future papers will correctly reflect the current named

parties to this action.

Dated: February 27, 2012

CAPLAN & ROSS, LLP

By: _____
     Brian D. Caplan
     Jonathan J. Ross
270 Madison Avenue, 13th Floor
New York, New York 10016
(212) 973-2376
(212) 661-4290 (fax)

*Attorneys for Plaintiffs*

COVINGTON & BURLING LLP

By: _____
     Jonathan M. Sperling

The New York Times Building
62 Eighth Avenue
New York, New York 10018
(212) 841-1000
(212) 841-1010 (fax)

*Attorneys for Defendant*

MAR 05 2012

**SO ORDERED:**

_____

-3-