# EXHIBIT 5

**Probstein, Weiner & Butler**
*Attorneys At Law*

| Home | About | Publishing | Clients | Links | Co... |



Practice is solely and exclusively devoted to the music and entertainment indu... Clients are limited to songwriters, record companies, publishing companies, musicians, producers, as well as actors, writers, directors, producers, photographers, artists and t... with the entertainment industries. Services include the negotiation and drafting of a... of agreements within the music and entertainment industries in addition to general adv... to the customs and practices within this industry. Services include litigation, in... copyright infringement actions and actions arising from music industry agree...

© 2011 Probstein, Weiner & Butler - All Rights Reserved



**Home   About   Publishing   Clients   Links   Co**



Born: Portland, OR, November 8, 1944
B.A., University of Washington, 1966
Juris Doctor, Hastings College of the Law, San Francisco, 1969

**Admitted to Practice Law:**
  California Supreme Court (1970)
  United States Supreme Court (1977)
  New York Supreme Court (1985)
  Federal District Courts in Hawaii, Colorado, and New York

**Gerald B. Weiner**
**Attorney**

### Memberships

Former professional muscian and member of the American Federation of Musicians
Guest lecturer on music production agreements at the University of California at Lo
Member of the National Academy of Recording Arts & Sciences, Association of Indep
  Publishing and the California Copyright Conference

### Employment:

Private practice of law in San Francicso, 1970-72
Associate to Martin Cohen in Los Angeles, 1972-73 (representing such clients as Ali
  Zappa, WAR, Tom Waits, etc.)
Associate, Jacoby & Meyer, 1973-76.
Partner, Kelso, Spencer, Snyder & Sterling, San Francisco, 1976-79.
Associate & Partner, Fischbach, Fischbach & Weiner, Los Angeles, 1979-86.
Private practice counsel to Fischbach & Fischbach 1986-88.
Partner, Probstein, Weiner & Butler, New York & Los Angeles, 1988 to date.

### Description of Practice:

Practice is solely and exclusively devoted to the music and entertainment industries
limited since approximately 1977. Clients are limited to songwriters, record compar
companies, musicians, vocalists, record producers and those associated with the m
entertainment industries. Services include the negotiation and drafting of a wide va
agreements within the music and entertainment industries in addition to general ac
to the customs and practices within this industry. Services also include lititgation,
copyright infringement actions.