EXHIBIT 6

|  |  |
|---|---|
| 591 Redwood Highway | (415) 777-1997 |
| Suite 2320 | (415) 777-1990 (fax) |
| Mill Valley, CA 94941 | tomcohen@ionix.net |

# Thomas A. Cohen

**Experience**     1991–present          **Law Offices of Thomas A. Cohen**
**Civil Litigation, Entertainment and Intellectual Property Law**

Representative cases include: *Estate of Buckminster Fuller v. White Wave* (unauthorized use of name and likeness); *WNED et al v. Vestron* (class action representing several hundred filmmakers suing their distributor over foreign royalty allocations); *Youngbloods v. BMG Music* (class action suing record company for digital download royalties); *Magnuson v. VideoYesteryear* (film producer suing for copyright infringement of Lenny Bruce film); *Rosenberg v. U-Haul* (class action alleging false advertising); *Tall Club of Silicon Valley v. Alaska Airlines et al.* (B&PC 17200 action seeking exit row seating for tall people); *ABKCO v. Pictograph* (defense of copyright claim for music in Sam Cooke documentary); *Rubin v. Apple et al.* (copyright infringement in iPhone puzzle app).   Published cases: *Magnuson v. Video Yesteryear* (9th Cir. 1996) 85 Fed 3d 1424; *Thompson v. Rodriguez* (ND Cal. 1996) 196 B.R. 537; *Western New York Public Broadcasting v. Vestron* (1997) 661 N.Y.S.2d 555.   Defense of various contract and intellectual property cases.   Transactional work includes entertainment law contract negotiation for Ghostbot, SOPTV, Sierra Nevada Brewing Company and scores of creative individuals.   Former moot court instructor at Boalt Hall.

**Mediation/Arbitration**
Settlement Conference Panelist:  Marin Superior Court
Early Settlement and Mediation Panelist:  San Francisco Sup. Ct./BASF
Civil ADR Panelist: San Mateo Superior Court, Solano Superior Court
Mediator and Arbitrator—Alameda Superior Court
Mediator and Arbitrator—Contra Costa Superior Court
Arts Arbitration and Mediation Service—California Lawyers for the Arts


2000-present          **Ursack, Inc.**
**President**

The company makes and sells bear resistant food bags (based on Tom Cohen's U.S. patent) from bullet proof fabric for use by wilderness campers.


1978-1989          **Hammermark Productions**
**Filmmaker (self employed)**

Projects included:

- *The River Why,* 2011, Manager of LLC, co-wrote screenplay for movie based on the classic novel. Starring William Hurt, Zach Gilford, etc.
- *Massive Retaliation*, 1984, Producer, director, general partner of the financing limited partnership.  Dramatic feature film released on six continents.
- *hungry I reunion*, 1981, Producer, director, general partner.  Critically acclaimed documentary about the legendary San Francisco night club.

|  |  |  |
|---|---|---|
|  | 1970–1977 | **KQED TV** |

**Director, Producer, Stage Manager**

Produced and/or directed for PBS or local broadcast: *World Press; Gran Prix Tennis; Newsroom; Open Studio; The Final Arbiter* and *Newsroom of the Streets* among others.

1969-1970            **VISTA**

VISTA volunteer with the Oneida Indian Tribe of Wisconsin

**Education**        1989-1991            **Hastings College of the Law**

J.D.  Associate Articles Editor COMM/ENT Hastings Communication and Entertainment Law Journal.  Note, Simplified Syndication for Stage and Screen published in COMM/ENT 13:3 (ASCAP Prize).  Extern clerk to Hon. John Vukasin, U.S. District Court.

1988-1989            **University of San Francisco School of Law**

McAuliffe Honor Society; Member, USF Law Review; Am Jur Awards: Legal Research and Writing; Evidence.  Summer law program: Trinity College, Dublin, Ireland

1973-1974            **University of California, Berkeley**

M.A.  Visual Design

1968-1969            **New York University**

Special Student in Television and Film

1964-1968            **Colorado College**

B.A.  Sociology.  Track team captain

**Interests**        Contractor/carpenter/developer of my hand built 3,000 square foot solar heated Mill Valley home; Board of Advisers: Bread and Roses;  Former member of Board of Directors: Bread and Roses; Marin Arts Council; Independent Feature Project; Cow Hollow Foundation; National Academy of Television Arts and Sciences (SF chapter).  Married, two grown daughters, avid sports participant.

**Publications and Awards**        Non fiction articles published in: SF Chronicle Sunday Magazine; Mother Earth News; U.S. Open Tennis; Rod and Reel.  Various screenplays.  Northern California Emmy nomination for *Newsroom of the Streets*; Sundance Institute screenwriting finalist;  Harrah Award from the SF Bar Association for *The Final Arbiter*.  Columnist on entertainment law for Film/Tape World.  Frequent panelist on entertainment law seminars.