# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMO SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF "ELMO & PATSY"; On Behalf Of Himself And All Others Similarly Situated<br><br>                              Plaintiff,<br>     -against-<br><br>SONY MUSIC ENTERTAINMENT, a Delaware General Partnership,<br><br>                              Defendant. | 06 Civ. 3252 (GBD) (KNF)<br><br>ECF CASE |
| "THE YOUNGBLOODS" (Perry Miller p/k/a Jesse Colin Young; Lowell Levinger; Jerry Corbitt; Mina Bauer, the widow of Joe Bauer; and manager Stuart Kutchins), On Behalf Of Itself And All Others Similarly Situated,<br><br>                              Plaintiff,<br>     vs.<br><br>BMG MUSIC,<br><br>                              Defendant. | 07 Civ. 2394 (GBD) (KNF)<br><br>ECF CASE |

### SUMMARY OF PLAINTIFFS' COUNSEL'S AFFIDAVITS IN SUPPORT OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES

| FIRM | LODESTAR | HOURS | EXPENSES | EXHS |
|---|---|---|---|---|
| Caplan & Ross | $540,887.50 | 1,416.3 | $8,758.78 | D, E |
| Labaton Sucharow LLP | $239,573.50 | 496.3 | $3,748.30 | F, G |
| Milberg LLP | $1,353,507.50 | 2,510.50 | $123,923.48 | H, I |
| Probstein, Weiner & Butler | $212,518.45 | 713.51 | $11,810.15 | J |
| Law Offices of Thomas A. Cohen | $594,600.00 | 1,225.98 | $11,987.00 | K |
| TOTALS | $2,941,086.95 | 6,362.59 | $160,227.71 | |