UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELMO SHROPSHIRE, INDIVIDUALLY AND AS A MEMBER OF "ELMO & PATSY"; On Behalf Of Himself And All Others Similarly Situated<br><br>                              Plaintiff,<br><br>     -against-<br><br>SONY MUSIC ENTERTAINMENT, a Delaware General Partnership,<br><br>                              Defendant. | 06 Civ. 3252 (GBD) (KNF)<br><br>**ECF CASE** |
| "THE YOUNGBLOODS" (Perry Miller p/k/a Jesse Colin Young; Lowell Levinger; Jerry Corbitt; Mina Bauer, the widow of Joe Bauer; and manager Stuart Kutchins), On Behalf Of Itself And All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          vs.<br><br>BMG MUSIC,<br><br>                              Defendant. | 07 Civ. 2394 (GBD) (KNF)<br><br>**ECF CASE** |

**<u>REPLY MEMORANDUM IN SUPPORT OF MOTIONS FOR (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENTS AND (II) ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO CLASS REPRESENTATIVE PLAINTIFFS</u>**

**<u>NO OBJECTIONS HAVE BEEN FILED</u>**

On June 14, 2012, Plaintiffs[1] and Class Counsel[2] filed their papers in support of their

motions for final approvals of the settlements set forth in each Action's respective Amended

Stipulation and Agreement of Settlement (collectively, the "Amended Stipulations") [SME

Action Docket No. 100; BMG Action Docket No. 127] and their motions for (1) an award of

award of attorneys' fees and expenses and (2) compensation to the two Class Representative

Plaintiffs for their services in the prosecution of these Actions [SME Action Docket No. 101;

BMG Action Docket No. 128].

The Settlements received preliminary approval by this Court [SME Action Docket Nos.

95 and 98 at ¶ 1; BMG Action Docket Nos. 122 and 125 at ¶ 1] and notice of the Settlements has

been provided to the Classes in the manner set forth therein [SME Action Docket No. 103; BMG

Action Docket No. 130].

The notice to the Classes advised all interested parties that any objections to the

Settlements, including to Class Counsel's applications for an award of attorneys' fees and

expenses and service awards for Class Representative Plaintiffs, were required to be filed with

the Court and served on certain counsel for the Plaintiffs and for the Defendants by no later than

---

[1] "Plaintiffs" refers to Plaintiff Elmo Shropshire in *Shropshire v. Sony Music Entertainment*, 06 Civ. 3252 (GBD) (KNF) (the "SME Action") and Plaintiff The Youngbloods in *Youngbloods v. BMG Music*, 07 Civ. 2394 (GBD) (KNF) (the "BMG Action"). Plaintiffs were appointed by the Court as Class Representatives. *See* SME Action Docket Nos. 95 and 98 at ¶ 4; BMG Action Docket Nos. 122 and 125 at ¶ 4.

[2] "Class Counsel" refers to the following firms appointed by the Court as counsel for the Classes: Caplan & Ross LLP, Milberg LLP, and Probstein, Weiner, and Butler in the SME Action and Caplan & Ross LLP, Milberg LLP, and Law Offices of Thomas A. Cohen in the BMG Action. *See* SME Action Docket Nos. 95 and 98 at ¶ 4; BMG Action Docket Nos. 122 and 125 at ¶ 4. Prior to the formation of Caplan & Ross LLP, Brian D. Caplan was a partner at Labaton Sucharow LLP. Labaton Sucharow acted as class counsel in these actions through May 2009.

July 5, 2012 [SME Action Docket Nos. 95 and 98 at ¶ 19; BMG Action Docket Nos. 122 and 125 at ¶ 19].

The July 5, 2012 objection deadline has now passed.  As of the date of this reply memorandum, to Plaintiffs' Counsel's knowledge, there have been no objections (timely filed or otherwise) to any aspect of the proposed Settlements or to the requested attorneys' fees and expenses or service awards for Class Representative Plaintiffs.

Plaintiffs' Counsel were to submit their papers in response to any objections in a supplemental filing no later than September 20, 2012, two weeks before the October 4, 2012 Settlement Hearings. SME Action Docket Nos. 95 and 98 at ¶¶ 19, 20; BMG Action Docket Nos. 122 and 125 at ¶¶ 19, 20.

Plaintiffs' Counsel are pleased to report that there are no objections to respond to.

## CONCLUSION

Based on the foregoing, and on Plaintiffs' June 14 filing, Plaintiffs respectfully request that the Court finally approve the Settlements and grant Class Counsel's requests for (1) an award of attorneys' fees and expenses in the amounts of $1,625,625 in the *SME Action* and $924,375 in the *BMG Action* and (2) service awards in the amount of $15,000 for each of the two Class Representative Plaintiffs.

Dated: New York, New York
   September 20, 2012

            Respectfully submitted,

            */s/ Brian D. Caplan* _____
            Brian D. Caplan
            bcaplan@caplanross.com
            Jonathan J. Ross
            jross@caplanross.com
            **CAPLAN & ROSS, LLP**
            270 Madison Avenue, 13th Floor
            New York, New York  10016
            Telephone: (212) 973-2376
            Facsimile: (212) 661-4290


            */s/ Benjamin Y. Kaufman* _____
            Sanford P. Dumain
            sdumain@milberg.com
            Benjamin Y. Kaufman
            bkaufman@milberg.com
            Gary S. Snitow
            gsnitow@milberg.com
            **MILBERG LLP**
            One Penn Plaza
            New York, New York  10119-0165
            Telephone: (212) 594-5300
            Facsimile: (212) 868-1229

            *Counsel for Plaintiffs & the Proposed Classes in the SME and BMG Actions*

*/s/ Gerald B. Weiner*_____

Gerald B. Weiner
gbweiner@pwmusiclaw.com
**PROBSTEIN, WEINER & BUTLER**
9696 Culver Blvd., Suite 205
Culver City, California  90232
Telephone:     (310) 836-1400
Facsimile:     (310) 836-1420

***Counsel for Plaintiff Elmo Shropshire & the
Proposed Class in the SME Action***


*/s/ Thomas A. Cohen*_____

Thomas A. Cohen
tom@thomascohen.com
**LAW OFFICES OF THOMAS A. COHEN**
591 Redwood Highway, Suite 2320
Mill Valley, California  94941
Telephone:     (415) 777-1997
Facsimile:     (415) 777-1990

***Counsel for Plaintiff The Youngbloods & the
Proposed Class in the BMG Action***

4